UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EZHIL SEZHIAN KAMALDOSS,

                *Petitioner,*

   -against-

UNITED STATES OF AMERICA,

                *Respondent.*

19-CR-543 (ARR)

**MEMORANDUM & ORDER**

ROSS, United States District Judge:

In my previous Opinion & Order, I issued an indicative ruling stating that I would grant Mr. Kamaldoss's motion for a sentence reduction if the Second Circuit were to remand the case. Op. & Order at 6, ECF No. 322. The next day, defense counsel filed a motion in the appellate case requesting a remand pursuant Federal Rule of Appellate Procedure 12.1(b). *United States v. Kamaldoss*, No. 24-824, Dkt. 104 (2d Cir. April 25, 2025). The Second Circuit granted the remand so that I may decide the pending motion for sentence reduction. *See United States v. Kamaldoss*, No. 24-824, Dkt. 106 (2d Cir. April 30, 2025).

Having reacquired jurisdiction, I grant Mr. Kamaldoss's motion for sentence reduction, ECF No. 318, for the reasons set forth in my previous opinion. *See* Op. & Order at 9–13, ECF No. 322. Accordingly, I order that the remainer of Mr. Kamaldoss's custodial sentence be reduced to time served, followed by a period of supervised release of two years, during which all previously imposed conditions will apply.

The order is stayed for up to seven days for the establishment of a release plan that includes arrangements for Mr. Kamaldoss to receive necessary medical care. The

defendant shall be released within seven days, as soon as a residence is verified, a release

plan is established, and appropriate travel arrangements are made. If more than seven

days are needed to make these preparations, the parties shall immediately notify the court

and show cause why the stay should be extended.

The Clerk of the Court is directed to prepare the appropriate amended judgement.

Defense counsel is instructed to notify the circuit clerk of my decision. *See* Fed. R. App.

P. 12.1.(6).

SO ORDERED.

/s/_____
Allyne R. Ross
United States District Judge

Dated:      May 1, 2025
            Brooklyn, New York